UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br>     Plaintiff, <br>   v. <br> RDF INVESTMENTS LLC, et al., <br>     Defendants. | Case No. 19-cv-06683-SVK <br><br> **ORDER CONTINUING ORDER TO SHOW CAUSE HEARING** <br><br> Re: Dkt. Nos. 16, 17 |

On January 8, 2020, Scott Johnson ("Plaintiff") notified this Court that the parties had settled. Dkt. 15. On January 8, 2020, this Court issued an order to show cause requiring the parties to file either a stipulation of dismissal or a show cause response by February 7, 2020. Dkt. 16. The Court set an order to show cause hearing for February 11, 2020 at 10:00 a.m. *Id*.

On February 7, 2020, Plaintiff's attorney filed a declaration indicating that while the written settlement agreement had been fully executed, performance has not been completed and is due by February 14, 2020. Dkt. 17. Plaintiff requests that this Court continue the February 11, 2020 show cause hearing to allow the parties to finalize the case and file a dismissal. *Id*.

Accordingly, the February 11, 2020 order to show cause hearing is **CONTINUED** to **February 25, 2020 at 10:00 a.m.** This will be the only continuance. A stipulation of dismissal is due by **February 18, 2020,** and the February 25, 2020 hearing will be taken off calendar **ONLY** upon the filing of a dismissal.

**SO ORDERED.**

Dated: February 7, 2020

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge